**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-06–0227-PHX-EHC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| George Leo Curran IV, | ) | |
| Defendant. | ) | |

    Upon the information from the USMS that Defendant is en route to the District of Arizona from the U.S. Medical Center For Federal Prisoners, Springfield, Missouri but will not likely arrive in time for Monday's hearing and there being no objection from counsel of record,

    **IT IS ORDERED** that the status conference re: mental competency exam and detention hearing currently set for **April 24, 2006 at 1:30 p.m.** before the undersigned is hereby **VACATED**. Defense counsel and the USMS shall promptly notify the undersigned's chambers when Defendant has arrived in Arizona so that the matters may be reset.

    DATED this 21st day of April, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge