**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>              )<br>           Plaintiff,        )<br>              )<br>vs.              )<br>              )<br>George Leo Curran,        )<br>              )<br>           Defendant.        )<br>_____)  | No. CR-06-227-PHX-EHC<br><br>**ORDER** |

Pursuant to this Court's express leave to do so,[1] on May 5, 2006, KPNX Broadcasting Company ("KPNX") filed[2] a Motion To Unseal Competency Report And Competency Hearing Transcript (docket # 25). KPNX seeks an order reconsidering the Court's May 2, 2006 written order (document # 21) which sealed Defendant's forensic mental competency evaluation, dated April 14, 2006, and a portion of the April 28, 2006 status hearing regarding mental competency. The subject Motion requests expedited oral argument.

The Court finds that this matter is suitable for resolution on the pleadings without oral argument and, therefore, it will deny KPNX's request for expedited oral argument. Mahon

---

[1] See minute entry (docket # 15), entered on May 2, 2006.

[2] Per the Clerk, the subject Motion was filed in hard-copy format with the Clerk and has been scanned by the Clerk into the Court's electronic case file as a one-time exception to the ECF Administrative Policies and Procedures Manual. Per KPNX's certification, copies were hand-delivered to all counsel of record, the assigned District Judge and the undersigned.

v. Credit Bur. of Placer County, Inc., 171 F.3d 1197, 1200 (9th Cir.1999) (explaining that if the parties provided the district court with complete memoranda of the law and evidence in support of their positions, ordinarily oral argument would not be required); Domegan v. Fair, 859 F.2d 1059, 1065 (1st Cir. 1988).

After consideration of this matter,

**IT IS HEREBY ORDERED** that KPNX's request for expedited oral argument on its Motion on Unseal (docket # 25) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that on or before **5:00 p.m. on Monday, May 22, 2006,** Defendant and the Government shall file separate Responses to KPNX's Motion To Unseal Competency Report And Competency Hearing Transcript. Said Response shall address all arguments raised in KPNX's motion. Additionally, the parties shall discuss whether Defendant's rights to privacy and a fair trial can be protected by less restrictive alternatives to keeping the transcript of the April 28, 2006 status hearing regarding mental competency and the April 14, 2006 competency report under seal. Specifically, the parties shall address whether the sealed portion of the transcript of the April 28, 2006 hearing can be redacted so that it may be disclosed without violating Defendant's rights to privacy and a fair trial. The parties shall also address whether the April 14, 2006 competency report issued by the United States Medical Center for Federal Prisoners ("USMCFP") in Springfield, Missouri can be redacted so that parts of it may be disclosed without violating Defendant's rights to privacy and a fair trial and whether there exist any other alternatives to keeping the transcript and the competency report under seal.

**IT IS FURTHER ORDERED** that in support of his response, Defendant shall submit to the Court**, under seal**, a copy of the April 28, 2006 transcript and a copy of the April 14, 2006 competency report both of which shall be redacted in such a manner that would make partial disclosure of the transcript and report acceptable to Defendant should the Court determine that less than complete disclosure is appropriate under the relevant law. Press-Enterprise Co. v. Superior Court, 478 U.S. 1 (1986)("Press-Enterprise II").

**IT IS FURTHER ORDERED** that KPNX's Reply, if any, shall be filed by **5:00 p.m. on Thursday, May 31, 2006**.

**IT IS FURTHER ORDERED** that KPNX shall electronically file its Reply and any other pleadings filed herein and shall promptly electronically file a Notice of Request for E-Notice, consistent with recent General Order 06-13.

**IT IS FURTHER ORDERED** that Court's staff shall promptly fax a copy of this order to KPNX's co-counsel of record, David J. Bodney and Peter S. Kozinets, at (602) 257-5299.

Dated this 9th day of May, 2006.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge