**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,  Plaintiff,  v.  George Leo Curran,  Defendant. | No.   CR-06-227-PHX-EHC  **O R D E R** |
|---|---|

Upon motion of the defendant, and good cause appearing therefor,

IT IS HEREBY ORDERED unsealing the sealed portion of the competency hearing held before this Court on April 28, 2006, for purposes of production of the a transcript and disclosure to prosecution and defense only.

IT IS FURTHER ORDERED that the transcript remain sealed to all other parties until further order of this Court.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §3161(h) __--__ will commence on __--__ for a total of __--__ days.

DATED this 12th day of May, 2006.

Lawrence O. Anderson
United States Magistrate Judge